The People of the State of New York, Respondent,
against
Danny Chavez, Appellant.



Appeal from two judgments of the District Court of Suffolk County, First District (Karen Kerr, J.), rendered February 5, 2014. Each judgment convicted defendant, upon his plea of guilty, of failure of sex offender to notify of overnight location (Code of Suffolk County § 745-35 [C]). The appeal from the judgments of conviction brings up for review so much of an order of the same court dated January 8, 2014 as denied the branch of defendant's motion seeking to dismiss the accusatory instruments on the ground that Code of Suffolk County § 745-35 (C) is preempted by state law.




ORDERED that the judgments of conviction are reversed, on the law, so much of the order dated January 8, 2014 as denied the branch of defendant's motion seeking to dismiss the accusatory instruments on the ground that Code of Suffolk County § 745-35 (C) is preempted by state law is vacated, and that branch of defendant's motion is granted.
For the reasons stated in People v Cooper (49 Misc 3d 132[A], 2015 NY Slip Op 51442[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2015]), the judgments of conviction are reversed and the accusatory instruments are dismissed.
Garguilo, J.P., Iannacci and Brands, JJ., concur.
Decision Date: August 02, 2016